PEOPLE, Plaintiff, v. FISCHER et al., Defendants. (Common Pleas of New York City and County, General Term. March, 1895.) Action by the people of the state of New York against Louis Fischer and another. John R. Fellows, for the People. John Stacom, for defendants. No opinion. Motion to vacate judgment entered upon a forfeited recognizance granted.

---

PEOPLE, Plaintiff, v. FRABINCINO et al., Defendants. (Common Pleas of New York City and County, General Term. March, 1895.) Action by the people of the state of New York against Arabez Frabincino and another. John R. Fellows, for the People. Joseph Gifuni, for defendants. No opinion. Motion to vacate judgment entered upon a forfeited recognizance granted.

---

PEOPLE, Respondent, v. HALL, Appellant. (Supreme Court, General Term, Fourth Department. November, 1894.) Action by the people of the state of New York against Emily C. Kaufman Hall. No opinion. Conviction, judgment, and order of the court of sessions of Onondaga county affirmed, and, after the judgment is entered in the judgment book, a certified copy of the entry shall be forthwith remitted to the clerk of Onondaga county, with whom the original judgment roll was filed, in accordance with section 547 of the Code of Criminal Procedure.

---

PEOPLE, Plaintiff, v. MOORE et al., Defendants. (Common Pleas of New York City and County, General Term. March, 1895.) Action by the people of the state of New York against George S. Moore and another. John R. Fellows, for the People. M. Mandelbaum, for respondents. No opinion. Motion to vacate judgment entered upon a forfeited recognizance granted. See 32 N. Y. Supp. 1148.

---

PEOPLE ex rel. DOUGLAS v. VAN NOSTRAND, Supervisor. (Supreme Court, General Term, Second Department. May 13, 1895.) Action by the people, on the relation of William P. Douglas, against David L. Van Nostrand, supervisor. Howard A. Sperry, for appellant. Arthur Van De Water, for respondent.

DYKMAN, J. This is an appeal from the final order in proceedings to review the action of the assessors of the town of Flushing, in Queens county, under the statute of 1880. We had a similar proceeding by the same relator against the same defendant in relation to this same property before us at the July term in 1893. 71 Hun, 611, 24 N. Y. Supp. 513. The property was then assessed for $60,000, the same as now, and the proof of value, both actual and relative, was substantially the same as now. Such being the case, we are bound by our former decision, and the order should be affirmed, with costs. BROWN, P. J., not sitting.

---

PEOPLE ex rel. DWIGHT, Appellant, v. PLATT et al., Assessors, etc., Respondents. (Supreme Court, General Term, Fourth Department. November, 1894.) No opinion. Order affirmed, with $10 costs and disbursements. As to costs, see 66 Hun, 578, 21 N. Y. Supp. 853; 138 N. Y. 655, and 34 N. E. 513.

---

PEOPLE ex rel. LEROY, Appellant, v. FOLEY, Respondent. (Supreme Court, General Term, Third Department. May 29, 1895.) Proceeding by the people of the state of New York, on the relation of Isaac Leroy, against James H. Foley. No opinion. Judgment affirmed, with costs.

---

PEOPLE ex rel. MANHATTAN RY. CO., Respondent, v. BARKER et al., Commissioners of Taxes, etc., Appellants. (Supreme Court, General Term, First Department. April 11, 1895.) Certiorari by the Manhattan Railway Company against Edward P. Barker and others, commissioners of taxes and assessments, to review an assessment on relator's personal property of taxes for the year 1894. David J. Dean, for appellants. Julien T. Davies, for respondent.

PER CURIAM. Upon an examination of the facts disclosed by the record upon appeal herein, we are unable to perceive any substantial difference between the case at bar and that of People v. Barker, 144 N. Y. 94, 39 N. E. 13. With a change of figures, the opinion seems entirely applicable to the facts and circumstances presented by the record before us. Following the conclusion reached in that case by the court of appeals, it would seem that the tax commissioners had a right to levy the assessment which they did, and the order vacating the same was erroneous. The order appealed from should be reversed, wth costs and disbursements.

---

PEOPLE ex rel. MILLS v. PENTALOW, County Clerk. (Supreme Court, General Term, Fourth Department. November, 1894.) Proceeding by the people of the state of New York, on the relation of Lysander T. Mills, against William J. Pentalow, clerk of the county of Oswego. No opinion. Application dismissed, with $10 costs. See section 2068, Code Civ. Proc.

---

PEOPLE ex rel. PIKE v. BARKER et al. (Supreme Court, General Term, First Department. April 11, 1895.) Action by the people, on the relation of Harry P. Pike, against Edward P. Barker and others. L. B. Chase, for relator. G. S. Coleman, for respondents. No opinion. Order affirmed, with costs, on opinion of special term. 32 N. Y. Supp. 485.